IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                              No.  05-20298-Ml

KIMBERLY GOODMAN

---

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action.  Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.  It is therefore ORDERED that the time period of __9/14/05__ through, __9/27/05__ be excluded from the time limits imposed by the Speedy Trial Act for trial of this case while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT reset to Wednesday, __September 28__, 2005, at 9:30 a.m. before Magistrate Judge__Vescovo__.**

This __14th__ day of __September__ 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-16-05__



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20298 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT