IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /PMs D.C.

05 SEP 28 PM 12: 19

UNITED STATES OF AMERICA

v.

No.    05-20298-Ml

**KIMBERLY GOODMAN**

---

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is unable to obtain private counsel and requested appointment of counsel. The defendant qualified for appointed counsel and the Court appointed counsel from the Criminal Justice Act Panel..

It is therefore ORDERED that the time period of __9/28/05__ through __10/4/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO**  October 5, 2005   **AT 9:30 A.M.**

**BEFORE MAGISTRATE JUDGE** __Anderson__.

This 28th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-28-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20298 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT